UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

**PATRICIA KENNEDY**,

          Plaintiff,

v.                                  Case No: 3:18-cv-881-BJD-MCR

**ZODIAC 21, INC.**,

          Defendant,
_____/

**PLAINTIFF'S NOTICE OF SETTLEMENT**

Plaintiff, Patricia Kennedy, by and through her undersigned counsel, hereby advises the Court that this case has been settled. The parties request 20 days within which to file the appropriate documentation to formally conclude this case.

                                                /s/ *Philip Michael Cullen, III, Esq.*
                                                PHILIP MICHAEL CULLEN, III
                                                Attorney at Law – Chartered
                                                Fla. Bar No: 167853
                                                621 South Federal Highway, Suite Four
                                                Fort Lauderdale, Florida 33301
                                                Telephone: (954) 462-0600
                                                Facsimile: (954) 462-1717
                                                CULLENIII@aol.com.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on September 11, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send e-mail notification of such filing to the attorneys of record. I further certify that a copy of the foregoing was furnished to Zodiac21 Inc., d/b/a Stars Rest Inn Realities Sports Bar, c/o Arun Kaushal, Registered Agent, 510 Lane Avenue South, Jacksonville, Fl 32254 on the same date.

*/s/ Philip Michael Cullen, III., Esq*.